**AFFIDAVIT OF SERVICE**

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK

STATE FARM AUTOMOBILE INSURANCE COMPANY

Plaintiff(s)
Petitioner(s)

- against -

BARRY COHAN, D.D.S., DENTAL HEALTH CARE, P.C.,
NEW YORK DENTAL PAIN, P.C., LONG ISLAND DENTAL
PAIN, P.C.

Defendant(s)
Respondent(s)

INDEX #:
CV-09 2990
DATE FILED:
07/13/2009

JUDGE:
SEYBERT, J.  WALL, M.J.
ATTORNEY FILE#:
020770-02004

STATE OF NEW YORK: COUNTY OF NASSAU: ss:

MICHAEL CORLEONE, BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK

That on 07/16/2009, 05:17PM at 165 FOXHUNT CRESCENT, OYSTER BAY COVE, NY 11791, deponent served the within SUMMONS IN A CIVIL ACTION & COMPLAINT, CIVIL COVER SHEET AND STATEMENT PURSUANT TO FED. R. CIV. PROC. 7.1 on BARRY COHAN, D.D.S., a defendant in the above action.

By personally delivering to and leaving with the said defendant personally a true copy thereof, and that he knew the person so served to be the person mentioned and described in the above mentioned papers.

DEPONENT DESCRIBES THE INDIVIDUAL SERVED AS FOLLOWS:
Sex M   Approximate age 51   Approximate height 6'00"   Approximate weight 170   Color of skin WHITE   Color of hair BLACK/GRAY
Other NY LICENSE PLATE#: DTP6592

BARRY COHAN, D.D.S. told the deponent that he was not presently in the military service of the United States Government or on active duty in the military service in the State of NEW YORK or a dependent of anybody in the military.

RIVKIN RADLER LLP

926 REXCORP PLAZA

UNIONDALE, NY 11556-0111
516)357-3000

MICHAEL CORLEONE

Sworn to before me on 07/17/2009
MAUREEN MCCAFFREY NO.01MC5018583
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN SUFFOLK COUNTY
COMMISSION EXPIRES OCTOBER 4, 2009

APPLE ATTORNEY SERVICE, PO BOX 470, MINEOLA NY 11501
Phone: 516-742-0077 * Fax: 516-742-4726