

**RIVKIN RADLER** LLP
ATTORNEYS AT LAW

WWW.RIVKINRADLER.COM

**MICHAEL A. SIRIGNANO**
PARTNER
(516) 357-3073
michael.sirignano@rivkin.com

April 7, 2011

**BY ECF**
Honorable Joanna Seybert
United States District Judge
Eastern District of New York
100 Federal Plaza, Courtroom 1034
P.O. Box 9014
Central Islip, New York 11722-9014

Re: *State Farm Mutual Automobile Insurance Company v. Barry Cohan, D.D.S., et al.*
EDNY Docket No.: 09 CV 2990 (JS)(WW)
RR File No.: 020770-02004

Honorable Madam:

This firm represents the plaintiff, State Farm Mutual Automobile Insurance Company ("State Farm") in the above-referenced matter.

Per my discussion with the Court, I have conferred with counsel for Dr. Cohan, and we agreed to adjourn the Order to Show Cause to May 20, 2011.

Very truly yours,

RIVKIN RADLER LLP

/s/

Michael A. Sirignano

MAS/lg

cc: Maria C. Diglio, Esq. (via ECF)

2477652 v1

926 RXR Plaza
Uniondale, NY 11556-0926
T 516.357.3000  F 516.357.3333

555 Madison Avenue
New York, NY 10022-3338
T 212.455.9555  F 212.687.9044

21 Main Street, Court Plaza South
West Wing, Suite 158
Hackensack, NJ 07601-7021
T 201.287.2460  F 201.489.0495