UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,　　　　　　　　　　　　Docket No.: CV-09-2990
　　　　　　　　　　　　　　　　　　　　　　　　(JS)(WDW)

　　　　　　　　　　　　Plaintiff,

　　-against-

BARRY COHAN, D.D.S.

　　-and-

DENTAL HEALTH CARE, P.C.
NEW YORK DENTAL PAIN, P.C.
LONG ISLAND DENTAL PAIN, P.C.

(collectively the "Dental PCs"),

　　　　　　　　　　　　Defendants.
-------------------------------------------------------------------

## STIPULATION

　　The parties in the above referenced matter, through counsel do hereby stipulate as follows:

1. On Friday May 20, 2011, undersigned Counsel for the Defendants made an oral application to the Court to be relived as counsel of record upon proper notice to the defendants;
2. Plaintiff does not oppose this application nor does it seek sanctions or costs against undersigned counsel in connection with the pending Order to Show Cause or the underlying Report and Recommendation of Magistrate Judge Wall;
3. The parties request that the Court adjourn the Order to Show Cause for a period of 45 days to allow the defendants to secure alternate counsel or to appear pro-se for purposes of the post-judgment deposition in this matter, *and any further proceedings in this matter.*

/s/ Matthew J. Conroy
Matthew J. Conroy (MC 9014)
MATTHEW J. CONROY & ASSOCIATES, PC
350 Old Country Road – Suite 106
Garden City, NY 11530
(516) 248-2425

Michael Sirignano (MS 5263)
RIVKIN RADLER LLP
Rexson Plaza
Uniondale, NY 11050
(516) 357-3149

Dated: May 23, 2011