## Matthew J. Conroy & Associates, P.C.
1325 Franklin Avenue, Suite 555
Garden City, NY 11530
Tel (516) 248-2425
Fax (516) 280-7102
www.conroylaw.us

Matthew J. Conroy
Maria C. Diglio
Erika L. Endyke
Frederick J. Conroy, Of Counsel

114 Waltham Street
Lexington, MA 02421
Tel (781) 862-8060
Fax (781) 861-0812

May 27, 2011

**VIA ECF**
The Hon. Joanna Seybert, USDJ
United States District Court for the
 Eastern District of New York
100 Federal Plaza
Central Islip, New York  11722

Re:   State Farm Mutual Automobile Insurance Company v. Cohan, et. al.,
      09-CV-2990 (JS)(WDW)

Your Honor:

Our office has been the counsel of record for defendants.  Defendant Barry Cohan, DDS ("Cohan") is presently incarcerated at the Federal Bureau of Prisons facility at Fort Dix, New Jersey.  At the last conference before the Court on May 20, 2011, in response to our oral application, the Court indicated that it would be willing to relieve us as counsel of record provided that Plaintiff did not object.

On May 23, 2011, a stipulation was filed via ECF (Docket No. 72) providing, inter alia, that Plaintiff does not oppose this stipulation and that the parties request that the Court adjourn the Order to Show Cause for a period of 45 days to allow Cohan to make alternative arrangements for counsel or appear pro se for the purposes of a the post-judgment deposition and any further proceedings in this matter.

By this letter, we are requesting that the Court grant our oral application and allow us to be relieved as counsel of record for Defendants upon notice to the Defendant via regular mail sent to the prison.  We are further requesting that the Court grant the Defendant the 45 day adjournment to secure other representation.

Respectfully submitted,
MATTHEW J. CONROY & ASSOCIATES

*/s/ Matthew Conroy*
Matthew J. Conroy (MC 9014 )

cc: All Counsel via ECF